UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRIAN RALEY,     Plaintiff,

v.     Civil Action No. 3:20-cv-192-DJH-CHL

COMMISSIONER OF SOCIAL SECURITY,     Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Brian Raley filed this action seeking review of the decision by Defendant Commissioner of Social Security to deny Raley's claim for disability insurance benefits. (Docket No. 1) Raley moved for summary judgment. (D.N. 14) The case was referred to Magistrate Judge Colin H. Lindsay for report and recommendation. Judge Lindsay issued his Findings of Fact, Conclusions of Law, and Recommendation on July 27, 2021, recommending that the Commissioner's decision be affirmed and that Raley's motion for summary judgment be denied with prejudice. (D.N. 21) The time for objections to the magistrate judge's recommendation has now run, with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the report and recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Findings of Fact, Conclusions of Law, and Recommendation of Magistrate Judge Colin H. Lindsay (D.N. 21) are **ADOPTED** in full and **INCORPORATED** by reference herein.

(2) A separate judgment will be entered this date.

August 13, 2021

*[signature]*

David J. Hale, Judge
United States District Court